KRISTEN MEYER, Appellant, v DOYLE CHEVROLET, INC., et al., Respondents. [651 NYS2d 769] —Motion to settle record on appeal and to consolidate appeals denied; motion to extend time to perfect appeal granted. Memorandum: A motion to settle the record on appeal should be addressed to the trial court. The remedy for an adverse determination of such a motion is an appeal from the order embodying the determination. The rules of this Court do not permit consolidation. However, multiple appeals may be combined into a single record, so long as the papers for each appeal are physically separated from those for the other appeals. No further extensions will be granted. Present—Pine, J. P., Lawton, Doerr, Balio and Boehm, JJ. (Filed Dec. 27, 1996.)

In the Matter of DAVID D., JR. DAVID D., Appellant; ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [652 NYS2d 580] —Motion to dismiss appeal denied. Memorandum: Respondent's affidavit of service fails to show that the copy of the order served on appellant's counsel contained notice of entry or that it was accompanied by a separate but specific notice of entry (see, Cook v Bry-Lin Hosps., 181 AD2d 1076), and the address listed on the affidavit of service is not the same as the address designated by appellant's counsel for service of papers (see, Anthony v Schofield, 265 App Div 423, 425). Present—Pine, J. P., Lawton, Fallon, Doerr and Balio, JJ.